IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
FEB 0 1 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08-20005-01-KHV / JPO ) |
| **ANTWON R. SIMPSON,** | ) ) |
| Defendant. | ) |

**SEALED**

## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 18, 2007, in the District of Kansas, the defendant,

**ANTWON R. SIMPSON,**

knowingly and intentionally possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(D).

### COUNT 2

On or about August 18, 2007, in the District of Kansas, the defendant,

**ANTWON R. SIMPSON,**

did knowingly, intentionally and unlawfully use and carry a firearm, that is, a 9mm Sturm, Ruger & Co. pistol, Model P95 DC, serial number 316-06467, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, and did possess said firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, that is, possession with intent to distribute marijuana, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

FOREPERSON

DATED: 1/30/08

ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Ks.S.Ct. No. 12430

(It is requested that the trial of the above-captioned case be held in the City of Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE
DISTRICT OF KANSAS

PENALTIES:

COUNT 1 -

- NMT 5 years Imprisonment,
- NMT $250,000.00 Fine,
- NLT 2 years S.R., and
- $100 Special Assessment.

COUNT 2 -

- NLT mandatory minimum of 5 years and NMT Life (consecutive to any other term) Imprisonment,
- NMT $250,000.00 Fine,
- NMT 5 years S.R., and
- $100 Special Assessment.